**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 30, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00841-CV

## STERLING GREEN COMMUNITY IMPROVEMENT ASSOCIATION, Appellant

### V.

## ROBERT COLLINS, PAMELA ST. CROIX, CATHY HAIRBOTTLE, BRIAN HAIRBOTTLE, AND LIVINGSTON HAMPTON, Appellees

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-51603-A**

## MEMORANDUM OPINION

This is an appeal from an interlocutory order appointing a receiver signed December 4, 2020. Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(1). On October 27, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P.

42.1(a)(1). The motion is granted. The court taxes costs against the appellant.[1] *See* Tex. R. App. P. 42.1(d).

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.

---

[1] The only costs paid in this court on appeal is the filing fee.